No. 97–8381. REYNOLDS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 97–8391. WICKS v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 97–8394. MESSINA v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 97–8396. MOORE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 97–8399. JOHNSON v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 97–8400. MORRIS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 97–8403. BRAWNER v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 97–8404. BAGAROZY v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 97–8407. WILLIAMS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 97–8417. RICH v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 97–8444. GILBERT v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 97–1112. BELL, WARDEN v. AUSTIN. C. A. 6th Cir. Motion of respondent for leave to proceed in forma pauperis granted. Certiorari denied.

No. 97–1159. BOWERSOX, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER v. CLEMMONS. C. A. 8th Cir. Motion of respondent for leave to proceed in forma pauperis granted. Certiorari denied.

No. 97–1205. FLORIDA v. ESCOBAR. Sup. Ct. Fla. Motion of respondent for leave to proceed in forma pauperis granted. Certiorari denied.